**98–2383.  State ex rel. State Teachers Retirement Bd. v. W. Geauga Local School Dist. Bd. of Edn.**
Geauga App. Nos. 97–G–2066 and 97–G–2067. On motion to strike State Teachers Retirement Board's

merit brief and amended merit brief by Hawken School. Motion denied.

MOYER, C.J., and COOK, J., dissent.